**Jeffrey CHRISTOPHER,
Plaintiff–Appellant,**

v.

**NEW YORK CITY POLICE
DEPARTMENT, et al.,
Defendants–Appellees.**

No. 00–9086.

United States Court of Appeals,
Second Circuit.

May 1, 2001.

Jeffrey Christopher, Brooklyn, NY, pro se.

Alan Beckoff, Assistant Corporation Counsel, New York, NY, for appellee.

Present NEWMAN, CABRANES, Circuit Judges, THOMPSON, District Judge.

## SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of said District Court be and it hereby is AFFIRMED.

Plaintiff *pro se* Jeffrey Christopher timely appeals from a judgment ("the judgment") entered by the District Court on August 2, 2000 that granted the motion

---

for summary judgment of defendants New York City Police Department, et al., and dismissed Christopher's complaint. *See Christopher v. New York City Police Department*, No. 98 Civ. 98–7816(JSM), 2001 WL 1051917 (S.D.N.Y. July 31, 2000).

Having reviewed the record, we conclude that plaintiff-appellant Christopher's claims are without merit, and affirm the judgment substantially for the reasons stated by the District Court. *See id.*

For the reasons stated above, the judgment of the District Court is AFFIRMED.